## (January 27, 1972)

■ GRUBER BROTHERS, INC., Respondent, v. VEGA ILLUMINATION PRODUCTS, INC., Appellant.— Order, Supreme Court, New York County, entered on February 9, 1971, and the judgment of said court entered thereon on March 2, 1971, unanimously affirmed. Respondent shall recover of appellant one bill of $50 costs and disbursements of these appeals. Appeal from order of said court, entered on March 11, 1971, unanimously dismissed, without costs and without disbursements. No opinion. Concur — Nunez, J. P., Kupferman, Steuer, Tilzer and Macken, JJ.

■ VICTOR DE CURTIS et al., as Coexecutors of ANASTASIA DE CURTIS, Deceased, Appellant, v. ST. LUCY'S ROMAN CATHOLIC CHURCH, Respondent.— Order, Supreme Court, Bronx County, entered on July 22, 1971, unanimously affirmed. Respondent shall recover of appellants one bill of $30 costs and disbursements of this appeal. Appeal from the order of said court, entered on September 23, 1971, unanimously dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., McGivern, Murphy, Capozzoli and Macken, JJ.